IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEXTER DENARD WRIGHT, SR., | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| | ) | 3:24-CV-2721-G-BN |
| VS. | ) | |
| | ) | **CONSOLIDATED WITH** |
| FREEDOM MORTGAGE | ) | |
| CORPORATION, ET AL., | ) | CIVIL ACTION NO. |
| | ) | |
| Defendants. | ) | 3:25-CV-0362-G-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed.[*] The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court

---

[*] The court construes docket entry 23 as objections to the findings, conclusions, and recommendation. *See* docket entry 23; *see also* 28 U.S.C. § 636(b)(1) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.").

**ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

August 11, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**